McGREGOR W. SCOTT
United States Attorney
PHILLIP A. TALBERT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2789

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR.S-03-446-LKK |
| ) | |
| Plaintiff, ) | **ORDER CONTINUING CASE AND** |
| ) | **EXCLUDING TIME** |
| v. ) | |
| ) | |
| RAMON BARRAGAN ROBLES, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

   On April 26, 2005, this matter came on for a status conference. The United States appeared through Assistant United States Attorney Phillip A. Talbert. Defendant Ramon Barragan Robles appeared with his counsel Daniel Davis, Esquire. Mr. Davis requested a continuance to provide the parties additional time to negotiate a written plea agreement. Defendant Robles consented to, and the government stipulated to, an exclusion of time under the Speedy Trial Act from April 26, 2005 to May 10, 2005. The continuance was granted.

///

///

1

Accordingly, the Court entered the following orders:

For good cause shown, IT IS HEREBY ORDERED THAT:

1. A further status conference/possible change of plea is scheduled for May 10, 2005, at 9:30 a.m.

2. The time between April 26, 2005, and May 10, 2005, is excluded under the Speedy Trial Act pursuant to Local Code T4, Title 18, United States Code, Section 3161(h)(8)(B)(iv).  The Court specifically finds that a continuance is necessary to give the defendant reasonable time to negotiate a possible resolution of the charges in this matter.  The Court finds that the ends of justice served by setting a new status conference outweigh the best interest of the public and defendant in a speedy trial.

Dated: April 27, 2005         /s/Lawrence K. Karlton
                              Hon. Lawrence K. Karlton
                              Senior Judge
                              United States District Court