McGREGOR W. SCOTT
United States Attorney
PHILLIP A. TALBERT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2789

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR.S-03-446-LKK |
| ) | |
| Plaintiff, ) | **ORDER CONTINUING CASE AND** |
| ) | **EXCLUDING TIME** |
| v. ) | |
| ) | |
| RAMON BARRAGAN ROBLES, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

On May 10, 2005, this matter came on for a status conference. The United States appeared through Assistant United States Attorney Phillip A. Talbert. Defendant Ramon Barragan Robles appeared with his counsel Daniel Davis, Esquire. Mr. Davis requested a continuance to provide the parties additional time to finalize a written plea agreement based on oral discussions between counsel and to review that written plea agreement with the defendant using a Spanish interpreter. Defendant Robles consented to, and the government stipulated to, an exclusion of time under the Speedy Trial Act from May 10, 2005 to May 24, 2005. The continuance was granted.

Accordingly, the Court entered the following orders:

For good cause shown, IT IS HEREBY ORDERED THAT:

1.  A further status conference/possible change of plea is scheduled for May 24, 2005, at 9:30 a.m.

2.  The time between May 10, 2005, and May 24, 2005, is excluded under the Speedy Trial Act pursuant to Local Code T4, Title 18, United States Code, Section 3161(h)(8)(B)(iv).  The Court specifically finds that a continuance is necessary to give the defendant reasonable time to finalize a possible resolution of the charges in this matter utilizing the services of a Spanish interpreter.  The Court finds that the ends of justice served by setting a new status conference outweigh the best interest of the public and defendant in a speedy trial.


Dated: May 12, 2005        /s/Lawrence K. Karlton
                           Hon. Lawrence K. Karlton
                           Senior Judge
                           United States District Court