DANIEL M. DAVIS (SBN 065589)
Attorney at Law
816 Alhambra Boulevard
Sacramento, California 95816
Telephone: (916) 441-4586

Attorney for Defendant RAMON BARRAGAN ROBLES


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

-o0o-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. S-03-446-LKK |
| Plaintiff, | **STIPULATION AND ORDER** |
| v. | **Date: August 9, 2005** |
| | Time: 9:30 a.m. |
| | Judge: Hon. Lawrence K. Karlton |
| RAMON BARRAGAN ROBLES, | |
| Defendant. | |

It is hereby stipulated between the parties, Plaintiff United States of America, by and through United States Attorney McGregor W. Scott and Assistant United States Attorney Phillip A. Talbert, and Defendant Ramon Barragan Robles, through his attorney Daniel M. Davis, as follows:

It is agreed that the current Sentencing Date of August 9, 2005 be vacated and a new Sentencing Date of August 16, 2005 be set.

The continuance is necessary because Mr. Davis will be out of state on August 9, 2005 and it is requested by defendant

1

that he would like Mr. Davis to be present for Sentencing and not another attorney to stand in for him, who is unfamiliar with the defendant and the case.

For all of these reasons, the parties jointly request a new Sentencing date, and that the time period from August 9, 2005 to and including August 16, 2005 be excluded under the Speedy Trial Act pursuant to 18 U.S.C. Section 3161(h)(8)(B)(iv) and Local Code T4 for defense preparation and based on a finding by the Court that the ends of justice served by granting a continuance outweigh the best interest of the public and defendant in a speedy trial.

Respectfully submitted,

Dated: August 4, 2005     /s/ Phillip A. Talbert
                          PHILLIP A. TALBERT
                          Assistant U.S. Attorney

Dated: August 4, 2005     /s/ Daniel M. Davis
                          DANIEL M. DAVIS
                          Attorney for RAMON BARRAGAN ROBLES


IT IS SO ORDERED:

Dated: August 5,2005      /s/ LAWRENCE K. KARLTON
                          LAWRENCE K. KARLTON
                          U.S. DISTRICT COURT JUDGE